IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAUN KIZER                                                                                           PLAINTIFF

v.                                    CASE NO. 4:20-CV-00038-BSM

SOCIAL SECURITY ADMINISTRATION                                            DEFENDANT

## ORDER

The recommended disposition from United States Magistrate Judge Beth Deere [Doc. No. 12] has been received. After *de novo* review of the record, the recommended disposition is adopted. The commissioner's decision is affirmed, and Shaun Kizer's case is dismissed with prejudice.

IT IS SO ORDERED, this 22nd day of October, 2020.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE