IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAUN KIZER**                                                                                    **PLAINTIFF**

**v.**                                     **CASE NO. 4:20-CV-00038-BSM**

**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 22nd day of October, 2020.


                                                                      _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE